THE PEOPLE OF THE STATE OF NEW YORK *v.* THE LIFE UNION.

HARRIET A. PINDELL and Another, Appellants; THOMAS ASH-WORTH and Others, Respondents.

*Motion to direct a receiver to sue — notice to all parties required — liability of a receiver for neglect of duty.*

An order denying a motion to direct a receiver to sue is proper when notice of the application therefor was not given to all the parties to be proceeded against.

A receiver, if he is derelict in attending to his duties, is responsible to the parties who have been injured.

APPEAL by Harriet A. Pindell and another from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 14th day of November, 1894, denying the appellants' motion for an order directing the receiver to commence an action against the directors of the Life Union.

*R. J. Moses*, for the appellants.

*E. L. Mooney*, for the respondents.

PER CURIAM:

The appeal as to the defendant Law has been withdrawn. Notice of this application does not seem to have been given to any other of the parties to be proceeded against. In addition to this there does not seem to be any reason why this court should direct the receiver

as requested. The receiver is supposed to attend to his duties, and if he is derelict therein he is responsible to the parties who have been injured.

The order should be affirmed, with ten dollars costs and printing disbursements.

Present — VAN BRUNT, P. J., O'BRIEN and PARKER, JJ.

Order affirmed, with ten dollars costs and printing disbursements.